# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

---

PROMOVE, INC., D/B/A LIGHTNING
LOGISTICS, AND LOGISYS, INC.                    Court File No.: 0:18-cv-01196-WNW-
D/B/A BELTMANN INTEGRATED                       KMM
LOGISTICS,

          Plaintiffs,

vs.

MARK SIEPMAN, JOSEPH
HAMMERSLOUGH, SUNSET
TRANSPORTATION LV, INC., AND
TANTARA TRANSPORTATION
GROUP,

          Defendants.

## EXHIBITS INDEX

| TAB | EXHIBITS |
|-----|----------|
| 1 | Exhibit 1 - Letter of Intent |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

PROMOVE, INC., D/B/A LIGHTNING
LOGISTICS, AND LOGISYS, INC.
D/B/A BELTMANN INTEGRATED
LOGISTICS,

Court File No.: 0:18-cv-01196-WNW-
KMM

                 Plaintiffs,

vs.

MARK SIEPMAN, JOSEPH
HAMMERSLOUGH, SUNSET
TRANSPORTATION LV, INC., AND
TANTARA TRANSPORTATION
GROUP,

                 Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing

**DEFENDANTS' EXHIBIT INDEX** with the Clerk of Court using the CM/ECF system,

which will automatically send notice of such filing to Plaintiff's counsel, Thomas R.

Revnew, trevnew@seatonlaw.com, and William E. Parker, at wparker@seatonlaw.com.

Dated this 25th day of May, 2018.       Respectfully submitted,

                 By:   */s/ Holly N. Mancl*
                         **FISHER PHILLIPS LLP**
                         *ATTORNEY FOR DEFENDANTS*